## MORGAN v. RHODES.

1. A plea that states matter going to the gist of the action, though not formally and specifically stated, cannot be stricken out.
2. Master canno maintain action for killing his slave, if the slayer by his collusion, has been discharged from prosecution for the felony.

IN the Circuit Court of Wilcox county, Rhodes brought an action of trespass against Morgan, charging him with having killed his, the plaintiff's slave, of the value of $1000 whereby the slave was wholly lost to him. The defendant among other pleas, plead "that the plaintiff did not produce any witnesses before the grand jury, or use

any exertions to have a bill of indictment found against
the defendant, but on the contrary, used all exertions to
prevent a bill of indictment from being found against
him for the alleged felony, and this he is ready to verify,
&c.   On motion of the plaintiff, this plea was ordered to
be stricken out.   There were other pleas on which issues
were taken, and verdict and judgement for the plaintiff.
Morgan, among other matters, assigned here as error that
his plea above mentioned was ordered to be stricken out.

H. G. PERRY and GORDON, for plaintiff.

PARSONS, for defendant in error.

THE CHIEF JUSTICE delivered the opinion of the
Court.

IT is well settled that public justice must be answered
before the owner of property, on which a crime may have
been committed, can obtain redress for an injury to it.
Killing a slave is prima facie a capital felony, and if the
master becomes prosecutor it is important to the ends of
justice that he should conduct the prosecution in good
faith.   If an acquittal should be brought about by his
collusion, he cannot afterwards sustain an action for the
trespass.   The plea of the defendant here, went directly
to the jist of the action.   Although the matter of it may
not be very formally and specifically stated, it was not so
frivolous as to authorize the Court to strike it out on mo-
tion.   The judgement must be reversed and the cause
remanded. [a]                                              [a] 12 East. 416.

JUDGE CRENSHAW not sitting.